AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| Anjuan Quinell Mosby | ) Case No.  4:24 MJ 2321 JSD |
| | ) |
| | ) SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) FILING BY RELIABLE ELECTRONIC MEANS |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 20, 2024  in the city of  St. Louis  in the  Eastern  District of  Missouri , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:1201(a) | Kidnapping (resulting in death) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Matthew E. Boester, TFO, FBI
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 11/23/2024

*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Joseph S. Dueker, U.S. Magistrate Judge
*Printed name and title*